**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Rhonda Brackett

                    Plaintiff,

v.

Prestige Maintenance USA, et al.

                    Defendants.

Civ. Action No. 20-5391 (JMV)

**ORDER**

John Michael Vazquez, U.S.D.J.


On its own motion, based on the suggestion of bankruptcy filed in this matter by Defendant on May 20, 2020 (D.E.7), and on the finding that a stay pending the disposition of hearings before the United States Bankruptcy Court which may become dispositive of the litigation here pending,

It is on this 20th day of May, 2020,

**ORDERED** that this matter is **STAYED.** The Clerk of the Court is directed to administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.


John Michael Vazquez, U.S.D.J.